**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GILBERTO CARRILLO, ) | Case No. 2:13-cv-01244-JAD-NJK |
| Plaintiff, ) | |
| ) | **ORDER** |
| vs. ) | |
| STATE OF NEVADA, ) | |
| Defendant. ) | |

Plaintiff Gilberto Carrillo is proceeding in this action *pro se*, and has submitted documents in an effort to initiate this case (Docket No. 1) on July 12, 2013. Plaintiff has not, however, submitted the $350 filing fee or requested authority pursuant to 28 U.S.C. § 1915 to proceed *in forma pauperis*.

In order to proceed with his case, Plaintiff must either pay the filing fee or submit the affidavit required by § 1915(a) showing an inability to prepay fees and costs or give security for them.

Accordingly,

**IT IS ORDERED:**

1. The Clerk of Court shall retain Plaintiff's case-initiating documents at Docket No. 1.
2. Plaintiff shall either make the necessary arrangements to pay the $350 filing fee, accompanied by a copy of this order, or file a Application to Proceed *in Forma Pauperis*.
3. The Clerk of the Court shall send Plaintiff a blank application form.

//

4. Plaintiff must comply with this order no later than June 12, 2014. Failure to comply will result in a recommendation to the District Judge that this case be dismissed for failure to comply with this order.

Dated this 12th day of May, 2014.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

2