# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

GILBERTO CARRILLO,

    Petitioner,

vs.

RENEE BAKER, et al.,

    Respondents.

Case No. 2:13-cv-01244-JAD-NJK

**ORDER**

    Petitioner having submitted a motion for enlargement of time (#9), and good cause appearing;

    IT IS THEREFORE ORDERED that petitioner's motion for enlargement of time **(#9) is GRANTED**. Petitioner has until December 24, 2014, to show cause why the court should not dismiss this action as untimely.

    DATED: October 7, 2014

                                                   Jennifer A. Dorsey
                                                   United States District Judge